**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHAD BLATCHLEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-1605-Orl-28GJK**

**MCDONNELL DOUGLAS CORPORATION, THE BOEING COMPANY,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Change Venue (Doc. No. 14) filed January 18, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 22, 2013 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Change Venue (Doc. No. 14) is **DENIED**.

3. This case is **DISMISSED without prejudice.**

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of May, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-